

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| DONNY RAY GEORGE,<br><br>                              Plaintiff,<br><br>vs.<br><br>MS. LAMEY; MRS. RYAN; MR. JAMES MACDONALD, WARDEN OF CROSSROADS CORRECTIONAL CENTER; CORRECTIONS CORPORATION OF AMERICA; and MONTANA DEPARTMENT OF CORRECTIONS,<br><br>                             Defendants. | CV 06-41-GF-SEH<br><br>ORDER |

On November 30, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 9.

ORDERED:

Plaintiff's Amended Complaint[2] is DISMISSED WITH PREJUDICE.

The docket will reflect that Plaintiff's filing of this action counts as one strike against him for frivolousness under 28 U.S.C. § 1915(g).

Any appeal from this decision will be taken in bad faith under Fed. R. App. P. 24(a)(4)(B).

DATED this 8th day of January, 2007.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 5.